# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: VICTOR S SEKSCINSKI SR    CASE NUMBER: 1330106
DEBTOR 2 NAME:

I    Robert J Wallace, Jr.    certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    11/25/2015    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

VICTOR S SEKSCINSKI SR,24683 LAWRENCE 2200,MARIONVILLE MO 65705

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    11/25/2015        Signature : _Robert J. Wallace, Jr._

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWEST DIVISION (CARTHAGE)

| | |
|---|---|
| In re:<br>VICTOR S SEKSCINSKI SR<br><br>Debtor(s) | Case No. 13-30106-can-13 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Richard V. Fink Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/21/2013.

2) The plan was confirmed on 06/07/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 09/08/2015.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,917.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank .

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,610.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $25,610.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,194.83 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,383.45 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,578.28

Attorney fees paid and disclosed by debtor:     $2,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA CASH | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| AT&T WIRELESS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| FIRST INDEPENDENT BANK | Secured | 5,783.00 | 5,798.86 | 5,798.86 | 2,188.90 | 351.76 |
| HOMEWARD RESIDENTIAL | Secured | 7,189.00 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL | Secured | 1,027.00 | NA | NA | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL | Secured | 125,000.00 | NA | NA | 20,491.06 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 600.00 | NA | NA | 0.00 | 0.00 |
| LAWRENCE COUNTY COLLECTOR | Priority | 500.00 | 863.65 | 863.65 | 0.00 | 0.00 |
| MONETT CHECK CASHERS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| QUICK CASH | Unsecured | 727.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Unsecured | 425.15 | 425.15 | 425.15 | 0.00 | 0.00 |
| WORLD FINANCE CORPORATION | Unsecured | 1,015.00 | 1,015.00 | 1,015.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $20,491.06 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,798.86 | $2,188.90 | $351.76 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,798.86** | **$22,679.96** | **$351.76** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $863.65 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$863.65** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$1,440.15** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,578.28 |
| Disbursements to Creditors | $23,031.72 |
| **TOTAL DISBURSEMENTS :** | **$25,610.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/24/2015                    By:/s/ Richard V. Fink Trustee
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**