# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: VICTOR S SEKSCINSKI SR    CASE NUMBER: 1330106
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __11/25/2015__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ADVANCE AMERICA CASH,2419 S CAMPBELL AVE,SPRINGFIELD MO 65807
ADVANCE AMERICA CASH,3548 S CAMPBELL AVE,SPRINGFIELD MO 65807
AT&T WIRELESS,3011 S GLENSTONE AVE,SPRINGFIELD MO 65804
AT&T,PO BOX 650553,DALLAS TX 75265
FIRST INDEPENDENT BANK,1100 S ELLIOT AVE,AURORA MO 65605
HOMEWARD RESIDENTIAL,PO BOX 631730,IRVING TX 75063
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER,ADVISORY/ INSOLVENCY SB / SE T7 GRP 6,2850 NE INDEPENDENCE AVE,LEES SUMMIT MO 64064
IRS SPECIAL PROCEDURES,PO BOX 66778,MAIL STOP 5334 STL,ST LOUIS MO 63166-6778
J KEVIN CHECKETT,CHECKETT & PAULY,517 S MAIN ST,CARTHAGE MO 64836
LAWRENCE COUNTY COLLECTOR,PO BOX 29,MT VERNON MO 65712
MARIANN MORGAN,CHECKETT & PAULY,517 S MAIN ST,CARTHAGE MO 64836
MILLSAP & SINGER,612 SPIRIT DRIVE,CHESTERFIELD MO 63005
MONETT CHECK CASHERS,809 E JEROME LANE,MONETT MO 65708
QUICK CASH,703 S ELLIOT AVE,AURORA MO 65605
SOUTHWESTERN BELL TELEPHONE COMPANY,&#037 AT&T SERVICES INC,KAREN CAVAGNARO PARALEGAL ONE AT&T WAY ROOM 3A231,BEDMINSTER NJ
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106
VICTOR S SEKSCINSKI SR,24683 LAWRENCE 2200,MARIONVILLE MO 65705
WORLD FINANCE CORP,845 E US HIGHWAY 60,MONETT MO 65708

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __11/25/2015__    Signature : __Robert J. Wallace, Jr.__

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:   VICTOR S SEKSCINSKI SR

                                            Case No.:  13-30106-can-13

        Debtor                Chapter 13

**NOTICE OF FILING FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE AND THE CHAPTER 13 TRUSTEE'S REQUEST THAT THE COURT ENTER ORDERS CLOSING THE CASE, DISCHARGING THE CHAPTER 13 TRUSTEE, AND RELEASING HIM FROM LIABILITY ON HIS BOND AND GIVING PARTIES AN OPPORTUNITY TO OBJECT TO THE ENTRY OF SAID ORDERS**

    Richard V. Fink, Chapter 13 Standing Trustee, has filed a final report in this case and has requested that the Court enter a final order discharging him as trustee, discharging him from liability on his bond, and closing the estate of the above-named debtor(s).

    The Court will enter said order(s) shortly. This notice is to give parties an opportunity to file, in writing, any objections they may have to the Chapter 13 Trustee's Final Report and Account and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein. The Chapter 13 Trustee's Final Report and Account are on file with the Clerk of the Bankruptcy Court. Any objections should be filed within 30 days of the date this notice is filed with the Court.

    Further be advised that, if any ongoing post-petition payments are being paid pursuant to 11 U.S.C. 1322(b)(5) through the Trustee's office rather than the debtor paying them directly, those payments and the account upon which those payments are made, including any arrearage claims and any charges assessed by the creditor, will be deemed current as of the date the last ongoing payment was made by the Trustee's office in a completed case, unless the creditor timely objects to this notice.

                                                                                   Respectfully submitted,

November 24, 2015

                                                                        /s/ Richard V. Fink, Trustee

                                                                       Richard V. Fink, Trustee
                                                                       2345 Grand Blvd., Ste. 1200
                                                                       Kansas City, MO 64108-2663
                                                                       (816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT
INTERNAL REVENUE SERVICE (340291)
IRS SPECIAL PROCEDURES (340292)
US ATTORNEY (75200)

                                                                                           /s/ Richard V. Fink, Trustee